United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eddrena R. Turner  
    Debtor

Case No. 23-10002-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 21, 2023      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eddrena R. Turner, 1203 S 21st St, Philadelphia, PA 19146-4321 |
| 14747458 | | LVNV Funding LLC, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14747457 | | Leopold & Associates, PLLC, 80 Business Park Dr Ste 110, Armonk, NY 10504-1704 |
| 14747460 | + | Penn Medicine, 3400 Spruce Street, Philadelphia, PA 19104-4294 |
| 14747461 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14747463 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14753301 | + | Philadelphia Gas Works- Collections, 800 W Montgomery Ave, Philadelphia PA 19122-2898 |
| 14747465 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14747471 | | The Watermark at Logan Square, 2 Franklin Town Blvd, Philadelphia, PA 19103-1238 |
| 14747472 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14771610 | | Email/Text: megan.harper@phila.gov | Nov 22 2023 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747450 | | Email/Text: megan.harper@phila.gov | Nov 22 2023 00:45:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14762047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:59:11 | CitiBank, N.A., c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14746478 | + | Email/Text: RASEBN@raslg.com | Nov 22 2023 00:45:00 | Citibank N.A., RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14747449 | | Email/Text: bankruptcy@philapark.org | Nov 22 2023 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14747455 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2023 00:45:00 | Department of Treasury-, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14747451 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 22 2023 00:58:32 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14747452 | | Email/Text: crdept@na.firstsource.com | Nov 22 2023 00:45:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Buffalo, NY 14228-3609 |
| 14747453 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 22 2023 00:45:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14747454 | | Email/Text: reports@halstedfinancial.com | Nov 22 2023 00:45:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076-0828 |
| 14747456 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2023 00:45:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, |

| Recip ID | Bypass/Method | Address Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 16 McLeland Road, Saint Cloud, MN 56303 |
| 14747291 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:58:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14751059 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2023 00:45:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14747464 | ^ | MEBN | Nov 22 2023 00:40:54 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14747459 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 22 2023 00:45:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14747462 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14747466 | + | Email/Text: bankruptcy@philapark.org | Nov 22 2023 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14757190 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2023 00:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-7999 |
| 14757282 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2023 00:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14747467 | | Email/Text: ngisupport@radiusgs.com | Nov 22 2023 00:45:00 | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |
| 14747468 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 00:59:12 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14747469 | | Email/Text: mtgbk@shellpointmtg.com | Nov 22 2023 00:45:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14747470 | + | Email/Text: bncmail@w-legal.com | Nov 22 2023 00:45:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 14747473 | ^ | MEBN | Nov 22 2023 00:40:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14751663 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023　　　　　　　　Signature:　　/s/Gustava Winters

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Nov 21, 2023     Form ID: 155     Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2019-4 bkecf@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Eddrena R. Turner mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| MICHAEL I. ASSAD | on behalf of Debtor Eddrena R. Turner mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| MICHELLE L. MCGOWAN | on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2019-4 mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eddrena R. Turner
      Debtor(s)

Chapter: 13
Bankruptcy No: 23−10002−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge, United States Bankruptcy Court