UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Eddrena Turner  
1203 S 21St ST  
Philadelphia, PA 19146

CHAPTER: 13  
CASE NUMBER: 23-10002  
CLAIM AMOUNT: $687.99

Debtors.

_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems, LLC, on behalf of Premier Bankcard, LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 2/15/2023, in the amount of $687.99.

Jefferson Capital Systems, LLC, on behalf of Premier Bankcard, LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 17th day of October, 2024.

Jefferson Capital Systems, LLC

By: /s/ Karen Borgmann  
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
Assignee for Premier Bankcard, LLC  
200 14th Avenue E  
Sartell, MN 56377  
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Eddrena Turner |
| | 1203 S 21St ST |
| | Philadelphia, PA 19146 |
| Debtor's Attorney: | Michael Cibik |
| | 1500 Walnut ST |
| | Philadelphia, PA 19102 |
| Chapter 13 Trustee: | Kenneth E. West |
| | 1234 Market Street - Suite 1813 |
| | Philadelphia, PA 19107 |

by submitting electronically with the court.

This 17th day of October, 2024.

Jefferson Capital Systems, LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314